FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 25  AM 11: 22

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENT MANCUSO | * | CIVIL ACTION |
| VERSUS | * | NO. 05-2441 |
| D.R.D. TOWING COMPANY, L.L.C. and STACEY B, L.L.C. | * | SECTION "J" |
| | * | MAG. 4 |

\*    \*    \*    \*    \*    \*    \*    \*

### MOTION TO COMPEL VESSEL INSPECTION
### AND LOCAL RULE 37.1E CERTIFICATE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Brent Mancuso, who pursuant to Fed. R. Civ. Pro. 37(a)(2)(B), moves this Honorable Court an order compelling defendants, D.R.D. Towing Company, L.L.C. and Stacey B, L.L.C., to permit plaintiff, his attorneys and expert to inspect the M/V Stacey B, for the reasons more fully set forth hereinafter in the memorandum in support hereof.

Finally, pursuant to Local Rule 37.1E, undersigned counsel certifies that on November 22, all counsel held an in-person discovery conference and they were unable to resolve their discovery dispute.

1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**

*[signature]*

**J. MAC MORGAN (17720)**
4650 Nelson Road
Suite 415
Lake Charles, Louisiana 70605
Telephone: (337) 474-7143
Facsimile: (337) 479-8017

and

**REX D. TOWNSLEY (12886)**
**THE TOWNSLEY LAW FIRM, L.L.P.**
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all known counsel of record in the foregoing matter by addressing a true and correct copy of this pleading to:

David M. Flotte, Esq.
Courtenay, Hunter & Fontana, L.L.P.
400 Poydras Street
Suite 1540
New Orleans, Louisiana 70130

and placing the same in the United States mail with sufficient postage affixed thereon to assure delivery.

Lake Charles, Louisiana, this 23rd day of November, 2005.

_____
J. MAC MORGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| BRENT MANCUSO | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 05-2441 |
| D.R.D. TOWING COMPANY, L.L.C. and STACEY B, L.L.C. | * | SECTION "J" |
|  | * | MAG. 4 |

\*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM IN SUPPORT OF
## MOTION TO COMPEL VESSEL INSPECTION

**MAY IT PLEASE THE COURT:**

Plaintiff, Brent Mancuso, by his attorneys, submits this memorandum in support of his motion to compel an inspection of the M/V Stacey B. For the reasons to be discussed and pursuant to Fed. R. Civ. Pro 34, plaintiff submits that the Court should grant his motion.

On August 30, 2004, Mr. Mancuso was working as a deckhand on the M/V Stacey B, when he slipped and fell on the bow of the vessel. Not only was the vessel's deck wet, it was angeled and it did not have non-skid paint or strips to prevent slip and fall accidents. In addition, the area of the vessel where plaintiff slipped and fell was inadequately lighted. The plaintiff landed on the deck on his right side with his right foot becoming wedged underneath

1

one of the vessel's face wires. On July 14, 2005, plaintiff served on the defendants a request for inspection of the vessel within 90 days. Attached hereto and made a part hereof as Exhibit No. 1 is a copy of the request for inspection of the vessel and the transmittal letter with the USPS return receipt.

Although it has been more than 90 days since the request for inspection was served and the vessel has not been inspected, that is not the problem which exists. Rather, defense counsel will only permit plaintiff, his attorneys and expert to inspect the vessel in the immediate presence of defendants' expert and counsel. Literally, the defense team wants to look over the shoulder of the plaintiff's expert and counsel while they perform their inspection, discuss what exists on the vessel, what is significant and what their thoughts and mental impressions are while performing the inspection.

In an effort to compromise the dispute, plaintiff's counsel suggested to defense counsel that while the inspection was being performed that defense counsel, his expert and client remain on the stern of the vessel so that plaintiff's inspection on the bow of the vessel could be performed without the defense team invading the plaintiff's work-product zone. Defense counsel rejected that offer of compromise and was unable to articulate a meaningful reason for same, other than to suggest, without explanation, that it would somehow cost his client more money to sit on the stern of the vessel while the plaintiff's team performed their inspection.

2

Defense counsel's rejection of that reasonable solution to the discovery dispute underscores the fact that money was not the issue. Rather, it was merely being used as an excuse by the defense team to gain an unfair advantage and interfere with the plaintiff's preparation of his case. Accordingly, plaintiff submits that the Court should grant his motion and order that the inspection take place as soon as possible; and, that while the plaintiff's team is performing its inspection that the defense team remain on the stern of the vessel.[1]

Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**

_____
J. MAC MORGAN (17720)
4650 Nelson Road, Suite 415
Lake Charles, Louisiana 70605
Telephone: (337) 474-7143
Facsimile: (337) 479-8017

and

**REX D. TOWNSLEY (12886)
THE TOWNSLEY LAW FIRM, L.L.P.**
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

**ATTORNEYS FOR PLAINTIFF**

---

[1] It is believed that the vessel regularly runs from Houston to New Orleans and Baton Rouge. Therefore, the vessel's location is not a legitimate reason for further delaying the inspection. Finally, any claim that the inspection must be closely supervised for safety reasons is likewise without merit. Plaintiff's counsel and his expert are both Coast Guard licensed Operators of Uninspected Towing Vessels and have spent decades working on vessels like the M/V Stacey B, which is an Uninspected Towing Vessel.

3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all known counsel of record in the foregoing matter by addressing a true and correct copy of this pleading to:

David M. Flotte, Esq.
Courtenay, Hunter & Fontana, L.L.P.
400 Poydras Street
Suite 1540
New Orleans, Louisiana 70130

and placing the same in the United States mail with sufficient postage affixed thereon to assure delivery.

Lake Charles, Louisiana, this 23rd day of November, 2005.

_____
J. MAC MORGAN

# J. MAC MORGAN
### ATTORNEY AT LAW
P.O. BOX 24501
NEW ORLEANS, LOUISIANA 70184

TELEPHONE (504) 832-1084
FACSIMILE (504) 832-7266

PHYSICAL ADDRESS
420 OLD HAMMOND HIGHWAY
SUITE 123
METAIRIE, LOUISIANA 70005

July 14, 2005

**Via Certified Return Receipt**
(Certified Mail No. 7004 1160 0006 3666 0695)

David M. Flotte, Esq.
Courtenay, Hunter & Fontana, L.L.P.
400 Poydras Street
Suite 1540
New Orleans, Louisiana 70130

        Re: *Brent Mancuso v. D.R.D. Towing Company, L.L.C. and Stacey B, L.L.C.*, USDC #: 05-2441 "J"

Dear David:

        Enclosed please find a copy of plaintiff's Interrogatories and Request for Production of Documents and Inspection of the M/V Stacey B. Please have your clients answer and respond to same within the next thirty (30) days.

        With best personal regards, I remain

        Very truly yours,

        J. Mac Morgan

JMM/jm
Enclosures

cc: Rex D. Townsley, Esq., w/enclosures
     Mr. Brent Mancuso, w/enclosures



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW ORLEANS, LA 70130

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0024 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KJM50N |
| Total Postage & Fees | $ 4.88 | 07/14/05 |

Sent To: David Flotte
Street, Apt. No.; or PO Box No.: 400 Poydras, Suite 1540
City, State, ZIP+4: NO, LA 70130

PS Form 3800, June 2002 — See Reverse for Instructions

7004 1160 0006 3666 0695

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Flotte
400 Poydras St.
Suite 1540
New Orleans, LA
70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Sierra Wilson    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sierra Wilson
C. Date of Delivery: 7/15/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service): 7004 1160 0006 3666 0695

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENT MANCUSO | * | CIVIL ACTION |
| VERSUS | * | NO. 05-2441 |
| D.R.D. TOWING COMPANY, L.L.C. and STACEY B, L.L.C. | * | SECTION "J" |
| | * | MAG. 4 |

*   *   *   *   *   *   *   *

**REQUEST FOR PRODUCTION OF DOCUMENTS
AND FOR INSPECTION OF THE M/V STACEY B**

TO:  D.R.D. Towing Company, L.L.C. and Stacey B, L.L.C.,
     through their attorney of record:
     David M. Flotte, Esq.
     Courtenay, Hunter & Fontana, L.L.P.
     400 Poydras Street
     Suite 1540
     New Orleans, Louisiana 70130

1

35. A copy of all exhibits which you may offer in connection with any motion.

36. A copy of all exhibits which you may use in connection with any deposition.

37. A copy of all exhibits which you may offer into evidence at trial.

38. A copy of all documents or things which you receive in response to any subpoena duces tecum.

39. A copy of all documents which were mentioned in your answers to plaintiff's interrogatories.

40. A copy of all documents which you used in order to answer plaintiff's interrogatories.

41. A copy of all documents and things which you received using an authorization signed by plaintiff.

## REQUEST FOR INSPECTION

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff requests that defendants, D.R.D. Towing Company, L.L.C. and Stacey B. L.L.C., within the next 90 days and at a time and place to be determined by the parties and their counsel, permit plaintiff, his attorneys and experts to board, inspect, measure, photograph and videotape the M/V Stacey B.

Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**

_____
**J. MAC MORGAN (17720)**
P. O. Box 24501
New Orleans, Louisiana 70184
Telephone: (504) 832-1084
Facsimile: (504) 832-7266

and

**REX D. TOWNSLEY (12886)**
**THE TOWNSLEY LAW FIRM, L.L.P.**
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

This is to certify that I have this day served all known counsel of record in the foregoing matter by addressing a true and correct copy of this pleading to:

David M. Flotte, Esq.
Courtenay, Hunter & Fontana, L.L.P.
400 Poydras Street
Suite 1540
New Orleans, Louisiana 70130

and placing the same in the United States mail with sufficient postage affixed thereon to assure delivery.

New Orleans, Louisiana, this 17th day of July, 2005.

J. MAC MORGAN

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENT MANCUSO | * | CIVIL ACTION |
| VERSUS | * | NO. 05-2441 |
| D.R.D. TOWING COMPANY, L.L.C. and STACEY B, L.L.C. | * | SECTION "J" |
| | * | MAG. 4 |

\*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel for plaintiff, Brent Mancuso, will bring on for hearing the attached Motion to Compel Vessel Inspection, before the Honorable Karen Wells Roby, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 14th day of December, 2005, at 11:00 a.m., or as soon thereafter as counsel may be heard.

1

Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**

**J. MAC MORGAN (17720)**
4650 Nelson Road
Suite 415
Lake Charles, Louisiana 70605
Telephone: (337) 474-7143
Facsimile: (337) 479-8017

and

**REX D. TOWNSLEY (12886)**
**THE TOWNSLEY LAW FIRM, L.L.P.**
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all known counsel of record in the foregoing matter by addressing a true and correct copy of this pleading to:

David M. Flotte, Esq.
Courtenay, Hunter & Fontana, L.L.P.
400 Poydras Street
Suite 1540
New Orleans, Louisiana 70130

and placing the same in the United States mail with sufficient postage affixed thereon to assure delivery.

Lake Charles, Louisiana, this 23rd day of November, 2005.

J. MAC MORGAN

3