FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -8 PM 4:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENT MANCUSO | * | CIVIL ACTION |
| VERSUS | * | NO. 05-2441 |
| D.R.D. TOWING COMPANY, L.L.C. and STACEY B, L.L.C. | * | SECTION "J" |
| | * | MAG. 4 |

\*   \*   \*   \*   \*   \*   \*   \*

ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that plaintiff's Motion for Expedited Hearing is granted ~~and~~ *IS GRANTED* and plaintiff's Motion to Quash a Deposition Subpoena, for Protective Order ~~and for Sanctions~~, is ~~set for hearing, with oral argument, on February 15, 2006, at 11:00 a.m.~~

~~Opposition, if any, to that motion shall be filed in accordance with Local Rule 7.5E.~~

New Orleans, Louisiana, this 8th day of February, 2006.

_____
UNITED STATES MAGISTRATE-JUDGE

*Be set for March 8, 2006 @ 11:00 a.m. with oral argument.*

*No deposition of Mr. Mancuso could be set with our Court permission pursuant to Rule 26(2).*

5

___ Fee _____
_X_ Process _____
___ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____